# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                                 **Plaintiff**

**V.**                       **Court No. 1:97-CR-64-DCB-JCG-4**

**Lien Kim Nguyen**                                                        **Defendant**

**And**

**Hancock Bank**                                                                 **Garnishee**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion (Dkt. #149) of the United States Attorney to quash the Writ of Garnishment issued in this action on the grounds that the Garnishee, Hancock Bank, does not have any accounts in the name of Defendant, Lien Kim Nguyen.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on <u>July 8, 2015</u>, (Dkt. # 148) be and is hereby quashed, and the garnishee, Hancock Bank, is hereby dismissed.

ORDERED AND ADJUDGED this <u>  5th </u> day of <u>  August        </u>, 2015.

                                                        <u>    s/ David Bramlette                       </u>
                                                        HONORABLE DAVID C. BRAMLETTE, III
                                                        UNITED STATES DISTRICT JUDGE